YAGMAN | PLLC
Advocacy in Motion.

New York | Washington, D.C.

May 2, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

*Re:* *V.G. and E.G. v. ZocDoc, Inc.,* Case No.: 1:26-cv-00554-KPF (S.D.N.Y.)

Your Honor,

On behalf of Plaintiffs V.G. and E.G.[1] and the Proposed Classes ("Plaintiffs"), the undersigned counsel writes seeking to provide this Court with an amended version of Plaintiffs' operative complaint consistent with ECF No. 16, which allowed for the filing of a First Amended Class Action Complaint.

Pursuant to this Court's Local Civil Rule 15.1(a) on Motions to Amend or Supplement Pleadings, attached is Plaintiffs' Proposed First Amended Class Action Complaint as a proposed redlined copy (Exhibit A), as a proposed clean copy (Exhibit B), as well as Exhibit A to the Proposed First Amended Class Action Complaint (Exhibit C).

Counsel for Plaintiffs and the Proposed Class are prepared to discuss if it is helpful.

Respectfully submitted,

*<u>/s/ Blake Hunter Yagman</u>*
Blake Hunter Yagman
*blake.yagman@yagmanpllc.com*
**YAGMAN PLLC**
1050 30th St. N.W.
Washington, D.C. 20007
Tel.: (929) 709-1493

*Attorneys for Plaintiffs V.G. and E.G.*
*and the Proposed Class*

cc: Counsel of Record (*via* ECF), Enclosures

---

[1] The names of both plaintiffs are now disclosed in the First Amended Class Action Complaint, Victor Granados and Elizabeth Garcia.